RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
*REALTIME ADAPTIVE STREAMING LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC,<br><br>                                   Plaintiff,<br><br>              vs.<br><br>HULU, LLC,<br><br>                                   Defendant. | Case No. 2:17-cv-07611<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

This is an action for patent infringement arising under the Patent Laws of the United States of America, 35 U.S.C. § 1 *et seq.* in which Plaintiff Realtime Adaptive Streaming LLC ("Plaintiff" or "Realtime") makes the following allegations against Defendant Hulu, LLC ("Defendant" or "Hulu").

## NATURE OF THE CASE

1.      This action arises under 35 U.S.C. § 271 for Hulu's infringement of Realtime's United States Patent Nos. 8,934,535 (the "'535 patent"), 9,769,477 (the "'477 patent"), and 9,762,907 (the "'907 patent") (collectively, the "Patents-In-Suit").

**PARTIES**

2.      Realtime is a Texas limited liability company.  Realtime has a place of business at 1828 E.S.E. Loop 323, Tyler, Texas 75701. Realtime has researched and developed specific solutions for data compression, including, for example, those that increase the speeds at which data can be stored and accessed.  As recognition of its innovations rooted in this technological field, Realtime holds multiple United States patents and pending patent applications.

3.      Defendant Hulu is a Delaware limited liability company, with its principal place of business at 2500 Broadway, 2nd Floor, Santa Monica, California 90404. Hulu may be served with process by serving its registered agent, C T Corporation System, 818 West Seventh Street, Suite 930, Los Angeles, California 90017.

4.      Hulu has a regular and established place of business in this District, including, e.g., distribution facilities, employees, and other business. For example, Hulu's principal place of business at 2500 Broadway, 2nd Floor, Santa Monica, California 90404 is clearly in this District.

**JURISDICTION AND VENUE**

5.      This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.      This Court has personal jurisdiction over Hulu in this action because, among other things: Hulu has its principal place of business in this District; Hulu has committed, aided, abetted, contributed to and/or participated in the commission of acts giving rise to this action within the State of California and this District and has established minimum contacts with this forum such that the exercise of jurisdiction over Hulu would not offend traditional notions of fair play and substantial justice; Hulu has placed products and services that practice the claims of the Patents-in-Suit into the stream of commerce with the reasonable expectation and/or knowledge that actual or potential users of such products and/or services were located within this District; and Hulu has sold, advertised, solicited customers, marketed and distributed its services that practice the claims of the Patents-in-Suit in this District.

**THE PATENTS-IN-SUIT**

7.     Realtime incorporates by reference the preceding paragraphs as if fully set forth herein.

8.     The '535 patent, titled "Systems and methods for video and audio data storage and distribution," was duly and properly issued by the United States Patent and Trademark Office ("USPTO") on January 13, 2015.  A copy of the '535 patent is attached hereto as Exhibit A.

9.     Realtime is the owner and assignee of the '535 patent and holds the right to sue for and recover all damages for infringement thereof, including past infringement.

10.    The '477 patent, titled "Video data compression systems," was duly and properly issued by the USPTO on September 19, 2017.  A copy of the '477 patent is attached hereto as Exhibit B.

11.    Realtime is the owner and assignee of the '477 patent and holds the right to sue for and recover all damages for infringement thereof, including past infringement.

12.    The '907 patent, titled "System and Methods for Video and Audio Data Distribution," was duly and properly issued by the USPTO on September 12, 2017.  A copy of the '907 patent is attached hereto as Exhibit C.

13.    Realtime is the owner and assignee of the '907 patent and holds the right to sue for and recover all damages for infringement thereof, including past infringement.

**COUNT I**

**INFRINGEMENT OF U.S. PATENT NO. 8,934,535**

Plaintiff re-alleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

14.    On information and belief, Hulu has made, used, offered for sale, sold and/or imported into the United States Hulu products that infringe the '535 patent, and continues to do so. By way of illustrative example, these infringing products include, without limitation, Hulu's streaming products/services, such as, e.g., Hulu's streaming service, Hulu's video compression media encoders, Hulu's ad products for brands including Hulu's Ad Selector, Hulu's Blockbuster, Hulu's Branded Entertainment Selector, Hulu's Custom Integrated Commercial, Hulu's Interactive

Interstitial, Hulu's Interactive Interstitial Template (DR), Hulu's Masthead Brand Placement, Hulu's Page Brand Placement, Hulu's Premium Slate, Hulu's Slate, Hulu's T-Commerce, Hulu's Video Commercial, and all versions and variations thereof since the issuance of the '535 patent ("Accused Instrumentalities").

15.     For example, the Accused Instrumentalities utilize the H.264 video compression standard, as can be seen by the below screenshot of Hulu's Video Commercial ad product for brands (https://www.hulu.com/advertising/ad-product/video-commercial/):

16.     The Accused Instrumentalities also accept the usage of the H.264 video compression standard. For example, on the page for Hulu's Custom Integrated Commercial ad product (https://www.hulu.com/advertising/ad-product/custom-integrated-commercial/), under header "Specs" and sub-header "Codec" is listed the text "H.264 codec is accepted.":



17.     Similarly, on the page for Hulu's Interactive Interstitial ad product (https://www.hulu.com/advertising/ad-product/interactive-interstitial/) under header "Specs" and sub-header "Video" is listed the text "H.264 codec is accepted, but bitrate must be at least 50 Mbps." Likewise, on the page for Hulu's Interactive Interstitial Template (DR) (https://www.hulu.com/advertising/ad-product/interactive-interstitial-template-dr/) , the same text "H.264 codec is accepted, but bitrate must be at least 50 Mbps" is listed under header "Specs" and

sub-header "Video." In addition, on the page for Hulu's Premium Slate ad product (https://www.hulu.com/advertising/ad-product/premium-slate/) the text "(H.264 codec is accepted, but bitrate must be at least 50 Mbps)" is listed under header "Specs" and sub-header "Codec." Representative screenshots are shown below:



## Premium Slate

A Premium Slate is a branded :07 video introduction that appears before the advertiser's video commercial at the beginning of the show. Advertisers can create custom videos or leverage existing video creative. The video execution is accompanied by the standard intro text and "presented by" voice over.

AVAILABLE ON                              TIMELINE

                              10 business days production lead-time from
                                          the receipt of the final asset

## Specs

| DELIVERABLES TO HULU | FILE FORMATS | SIZE |
|---|---|---|
| • Required video clip can either be created by Hulu using your :15 or :30 video or the brand can create a custom video clip.<br><br>• 3rd Party Tracking Tags (if applicable) | Video Option:<br><br>• Quicktime Movie (.mov) or MPEG-4 (.mp4) format only<br><br>Static Image Option:<br><br>• Any full screen image in PSD format | SD<br><br>• 720 x 480<br>• 4:3 or 16:9 pixel aspect ratio<br>• No black bars<br>• 3:2 display aspect ratio is not accepted<br>• No letterboxing or pillarboxing<br>• Bitrate: Greater than 2mbps.<br>• Main Profile @ Main Level (MP@ML)<br>• 4:2:2 Color Space<br><br>HD<br><br>• 1280 x 720 or 1920 x 1080 (16:9)<br>• 1440 x 1080 (4:3)<br>• No black bars<br>• Constant Bitrate (CBR) 15-30 Mbps<br>• Main Profile @ Main Level (MP@ML)<br>• 4:2:2 Color Space |
| **MAX FILE SIZE** | **CODEC** | **LENGTH** |
| 10 GB | • Apple ProRes 422 HQ codec preferred<br>• H.264 codec is accepted, but bitrate must be at least 50 Mbps)<br>• Interlaced video is not accepted | :07 seconds exactly |

18.     The Accused Instrumentalities also use H.264 video compression to select and compress based on parameters such as bitrate, as explained by the website "How Stuff Works" (http://computer.howstuffworks.com/internet/basics/hulu4.htm):

> "Hulu.com uses Cascading Style Sheets (CSS) and JavaScript to lay out its web pages, and it powers the video and controls through the Flash player and browser on your computer. When you request a video, Hulu sends it to you it as a Flash format streaming video file (FLV) along with the video player and the sponsors' advertisements.
>
> Hulu encodes the video file for one of two types of video encoding devices (known as codecs) that translates streaming data into the moving images on your screen and the sound in your speakers. Hulu sends the file to you at one of **five speeds, or bitrates, measured as the amount of data sent per**

**second**. When you play a video, the codec Hulu uses depends on the bitrate at which it's sending the video to you.

The site uses the On2 Flash VP6 codec for video streams that run at bitrates of 480 kilobits per second (Kbps) and 700 Kbps. This codec is supported by Flash versions 8.0 and higher, which is installed in more than 98 percent of computers in the U.S. Hulu's higher bitrate streams of 1,000 Kbps and 2,500 Kbps use a codec that requires a bit more from your Internet connection. This more intensive codec **follows the H.264 video coding standard**, which requires Flash 9.0.124.0 or higher [source: Hulu].

How does all of this come together? While you're viewing most videos on Hulu, **you control the bitrate** when you switch between two progressive scan rates: 360p (standard resolution) or 480p (high resolution).

19. The Accused Instrumentalities determine a parameter of at least a portion of a video data block. As shown below, examples of such parameters include bitrate (or max video bitrate) and resolution parameters. Different parameters correspond with different end applications. H.264 provides for multiple different ranges of such parameters, each included in the "profiles" and "levels" as defined by the H.264 standard, from the below shown paragraphs from a white paper and Wikipedia. *See* http://www.axis.com/files/whitepaper/wp_h264_31669_en_0803_lo.pdf at 5:

### 4. H.264 profiles and levels

The joint group involved in defining H.264 focused on creating a simple and clean solution, limiting options and features to a minimum. An important aspect of the standard, as with other video standards, is providing the capabilities in profiles (sets of algorithmic features) and levels (performance classes) that optimally support popular productions and common formats.

H.264 has seven profiles, each targeting a specific class of applications. Each profile defines what feature set the encoder may use and limits the decoder implementation complexity.

Network cameras and video encoders will most likely use a profile called the baseline profile, which is intended primarily for applications with limited computing resources. The baseline profile is the most suitable given the available performance in a real-time encoder that is embedded in a network video product. The profile also enables low latency, which is an important requirement of surveillance video and also particularly important in enabling real-time, pan/tilt/zoom (PTZ) control in PTZ network cameras.

H.264 has 11 levels or degree of capability to limit performance, bandwidth and memory requirements. Each level defines the bit rate and the encoding rate in macroblock per second for resolutions ranging from QCIF to HDTV and beyond. The higher the resolution, the higher the level required.

*See* https://en.wikipedia.org/wiki/H.264/MPEG-4_AVC:

Levels with maximum property values

| Level | Max decoding speed | | Max frame size | | Max video bit rate for video coding layer (VCL) kbit/s | | | Examples for high resolution @ highest frame rate (max stored frames) |
|---|---|---|---|---|---|---|---|---|
| | Luma samples/s | Macroblocks/s | Luma samples | Macroblocks | Baseline, Extended and Main Profiles | High Profile | High 10 Profile | Toggle additional details |
| 1 | 380,160 | 1,485 | 25,344 | 99 | 64 | 80 | 192 | 176×144@15.0 (4) |
| 1b | 380,160 | 1,485 | 25,344 | 99 | 128 | 160 | 384 | 176×144@15.0 (4) |
| 1.1 | 768,000 | 3,000 | 101,376 | 396 | 192 | 240 | 576 | 352×288@7.5 (2) |
| 1.2 | 1,536,000 | 6,000 | 101,376 | 396 | 384 | 480 | 1,152 | 352×288@15.2 (6) |
| 1.3 | 3,041,280 | 11,880 | 101,376 | 396 | 768 | 960 | 2,304 | 352×288@30.0 (6) |
| 2 | 3,041,280 | 11,880 | 101,376 | 396 | 2,000 | 2,500 | 6,000 | 352×288@30.0 (6) |
| 2.1 | 5,068,800 | 19,800 | 202,752 | 792 | 4,000 | 5,000 | 12,000 | 352×576@25.0 (6) |
| 2.2 | 5,184,000 | 20,250 | 414,720 | 1,620 | 4,000 | 5,000 | 12,000 | 720×576@12.5 (5) |
| 3 | 10,368,000 | 40,500 | 414,720 | 1,620 | 10,000 | 12,500 | 30,000 | 720×576@25.0 (5) |
| 3.1 | 27,648,000 | 108,000 | 921,600 | 3,600 | 14,000 | 17,500 | 42,000 | 1,280×720@30.0 (5) |
| 3.2 | 55,296,000 | 216,000 | 1,310,720 | 5,120 | 20,000 | 25,000 | 60,000 | 1,280×1,024@42.2 (4) |
| 4 | 62,914,560 | 245,760 | 2,097,152 | 8,192 | 20,000 | 25,000 | 60,000 | 2,048×1,024@30.0 (4) |
| 4.1 | 62,914,560 | 245,760 | 2,097,152 | 8,192 | 50,000 | 62,500 | 150,000 | 2,048×1,024@30.0 (4) |
| 4.2 | 133,693,440 | 522,240 | 2,228,224 | 8,704 | 50,000 | 62,500 | 150,000 | 2,048×1,080@60.0 (4) |
| 5 | 150,994,944 | 589,824 | 5,652,480 | 22,080 | 135,000 | 168,750 | 405,000 | 3,672×1,536@26.7 (5) |
| 5.1 | 251,658,240 | 983,040 | 9,437,184 | 36,864 | 240,000 | 300,000 | 720,000 | 4,096×2,304@26.7 (5) |
| 5.2 | 530,841,600 | 2,073,600 | 9,437,184 | 36,864 | 240,000 | 300,000 | 720,000 | 4,096×2,304@56.3 (5) |

20.     A video data block is organized by the group of pictures (GOP) structure, which is a "collection of successive pictures within a coded video stream." *See* Wikipedia Article on Group of Pictures, https://en.wikipedia.org/wiki/Group_of_pictures. A GOP structure can contain intra coded pictures (I picture or I frame), predictive coded pictures (P picture or P frame), bipredictive coded pictures (B picture or B frame) and direct coded pictures (D picture or D frames, or DC direct coded pictures which are used only in MPEG-1 video). *See* Wikipedia Articles on Video Compression Types and MPEG-1, https://en.wikipedia.org/wiki/Video_compression_picture_types (for descriptions of I frames, P frames and B frames); https://en.wikipedia.org/wiki/MPEG-1#D-frames (for descriptions of D frames). Thus, at least a portion of a video data block would also make up a GOP structure and could also contain I frames, P frames, B frames and/or D frames. The GOP structure also reflects the size of a video data block, and the GOP structure can be controlled and used to fine-tune other parameters (e.g. bitrate, max video bitrate and resolution parameters) or even be considered as a parameter by itself.

21.     Based on the bitrate and/or resolution parameter identified (e.g. bitrate, max video bitrate, resolution, GOP structure or frame type within a GOP structure), any H.264-compliant system such as the Accused Instrumentalities would determine which profile (e.g., "baseline," "extended," "main", or "high") corresponds with that parameter, then select between at least two asymmetric compressors.  If baseline or extended is the corresponding profile, then the system will select a Context-Adaptive Variable Length Coding ("CAVLC") entropy encoder.  If main or high is the corresponding profile, then the system will select a Context-Adaptive Binary Arithmetic Coding ("CABAC") entropy encoder.  Both encoders are asymmetric compressors because it takes a longer period of time for them to compress data than to decompress data. *See* https://sonnati.wordpress.com/2007/10/29/how-h-264-works-part-ii/:

|  | Baseline | Extended | Main | High | High 10 |
|---|---|---|---|---|---|
| **I and P Slices** | Yes | Yes | Yes | Yes | Yes |
| **B Slices** | No | Yes | Yes | Yes | Yes |
| **SI and SP Slices** | No | Yes | No | No | No |
| **Multiple Reference Frames** | Yes | Yes | Yes | Yes | Yes |
| **In-Loop Deblocking Filter** | Yes | Yes | Yes | Yes | Yes |
| **CAVLC Entropy Coding** | Yes | Yes | Yes | Yes | Yes |
| **CABAC Entropy Coding** | No | No | Yes | Yes | Yes |
| **Flexible Macroblock Ordering (FMO)** | Yes | Yes | No | No | No |
| **Arbitrary Slice Ordering (ASO)** | Yes | Yes | No | No | No |
| **Redundant Slices (RS)** | Yes | Yes | No | No | No |
| **Data Partitioning** | No | Yes | No | No | No |
| **Interlaced Coding (PicAFF, MBAFF)** | No | Yes | Yes | Yes | Yes |
| **4:2:0 Chroma Format** | Yes | Yes | Yes | Yes | Yes |
| **Monochrome Video Format (4:0:0)** | No | No | No | Yes | Yes |
| **4:2:2 Chroma Format** | No | No | No | No | No |
| **4:4:4 Chroma Format** | No | No | No | No | No |
| **8 Bit Sample Depth** | Yes | Yes | Yes | Yes | Yes |
| **9 and 10 Bit Sample Depth** | No | No | No | No | Yes |
| **11 to 14 Bit Sample Depth** | No | No | No | No | No |
| **8×8 vs. 4×4 Transform Adaptivity** | No | No | No | Yes | Yes |
| **Quantization Scaling Matrices** | No | No | No | Yes | Yes |
| **Separate Cb and Cr QP control** | No | No | No | Yes | Yes |
| **Separate Color Plane Coding** | No | No | No | No | No |
| **Predictive Lossless Coding** | No | No | No | No | No |

*See* http://web.cs.ucla.edu/classes/fall03/cs218/paper/H.264_MPEG4_Tutorial.pdf at 7:

The following table summarizes the two major types of entropy coding: Variable Length Coding (VLC) and Context Adaptive Binary Arithmetic Coding (CABAC). CABAC offers superior coding efficiency over VLC by adapting to the changing probability distribution of symbols, by exploiting correlation between symbols, and by adaptively exploiting bit correlations using arithmetic coding. H.264 also supports Context Adaptive Variable Length Coding (CAVLC) which offers superior entropy coding over VLC without the full cost of CABAC.

**H.264 Entropy Coding – Comparison of Approaches**

| Characteristics | Variable Length Coding (VLC) | Context Adaptive Binary Arithmetic Coding(CABAC) |
|---|---|---|
| • Where it is used | MPEG-2, MPEG-4 ASP | H.264/MPEG-4 AVC (high efficiency option) |
| • Probability distribution | **Static** - Probabilities never change | **Adaptive** - Adjusts probabilities based on actual data |
| • Leverages correlation between symbols | **No** - Conditional probabilities ignored | **Yes** - Exploits symbol correlations    by using "contexts" |
| • Non-integer code words | **No** - Low coding efficiency for high probability symbols | **Yes** - Exploits "arithmetic coding" which generates non-integer code words for higher efficiency |

Moreover, the H.264 Standard requires a bit-flag descriptor, which is set to determine the correct decoder for the corresponding encoder. As shown below, if the flag = 0, then CAVLC must have been selected as the encoder; if the flag = 1, then CABAC must have been selected as the encoder. *See* https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201304-S!!PDF-E&type=items (Rec. ITU-T H.264 (04/2013)) at 80:

entropy_coding_mode_flag selects the entropy decoding method to be applied for the syntax elements for which two descriptors appear in the syntax tables as follows:

– If entropy_coding_mode_flag is equal to 0, the method specified by the left descriptor in the syntax table is applied (Exp-Golomb coded, see clause 9.1 or CAVLC, see clause 9.2).

– Otherwise (entropy_coding_mode_flag is equal to 1), the method specified by the right descriptor in the syntax table is applied (CABAC, see clause 9.3).

22.    The Accused Instrumentalities compress the at least the portion of the data block with the selected one or more asymmetric compressors to provide one or more compressed data blocks, which can be organized in a GOP structure (see above). After its selection, the asymmetric compressor (CAVLC or CABAC) will compress the video data to provide various compressed data blocks, which can also be organized in a GOP structure, as discussed previously above. *See* https://sonnati.wordpress.com/2007/10/29/how-h-264-works-part-ii/:

**Entropy Coding**

For entropy coding, H.264 may use an enhanced VLC, a more complex context-adaptive variable-length coding (CAVLC)  or an ever more complex Context-adaptive binary-arithmetic coding (CABAC) which are complex techniques to losslessly compress syntax elements in the video stream knowing the probabilities of syntax elements in a given context. The use of CABAC can improve the compression of around 5-7%. CABAC may requires a 30-40% of total processing power to be accomplished.

*See* http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.602.1581&rep=rep1&type=pdf at 13:

> Typical compression ratios to maintain excellent quality are:
> - 10:1 for general images using JPEG
> - 30:1 for general video using H.263 and MPEG-2
> - 60:1 for general video using H.264 and WMV9

*See* http://www.ijera.com/papers/Vol3_issue4/BM34399403.pdf at 2:

> Most visual communication systems today use Baseline Profile. Baseline is the simplest H.264 profile and defines, for example, zigzag scanning of the picture and using 4:2:0 (YUV video formats) chrominance sampling. In Baseline Profile, the picture is split in blocks consisting of 4x4 pixels, and each block is processed separately. Another important element of the Baseline Profile is the use of Universal Variable Length Coding (UVLC) and Context Adaptive Variable Length Coding (CAVLC) entropy coding techniques.
>
> The Extended and Main Profiles includes the functionality of the Baseline Profile and add improvements to the predictions algorithms. Since transmitting every single frame (think 30 frames per second for good quality video) is not feasible if you are trying to reduce the bit rate 1000-2000 times, temporal and motion prediction are heavily used in H.264, and allow transmitting only the difference between one frame and the previous frames. The result is spectacular efficiency gain, especially for scenes with little change and motion.
>
> The High Profile is the most powerful profile in H.264, and it allows most efficient coding of video. For example, large coding gain achieved through the use of Context Adaptive Binary Arithmetic Coding (CABAC) encoding which is more efficient than the UVLC/CAVLC used in Baseline Profile.
>
> The High Profile also uses adaptive transform that decides on the fly if 4x4 or 8x8-pixel blocks should be used. For example, 4x4 blocks are used for the parts of the picture that are dense with detail, while parts that have little detail are transformed using 8x8 blocks.

23.     Therefore, on information and belief, Hulu has directly infringed and continues to infringe the '535 patent, for example, through its own use and testing of the Accused Instrumentalities, which when used, practices the method claimed by Claim 15 of the '535 patent, namely, a method, comprising: determining a parameter of at least a portion of a data block; selecting one or more asymmetric compressors from among a plurality of compressors based upon the determined parameter or attribute; compressing the at least the portion of the data block with the selected one or more asymmetric compressors to provide one or more compressed data blocks; and storing at least a portion of the one or more compressed data blocks.  Upon information and belief, Hulu uses the Accused Instrumentalities to practice infringing methods for its own internal non-testing business purposes, while testing the Accused Instrumentalities, and while providing technical support and repair services for the Accused Instrumentalities to Hulu's customers.

24.     On information and belief, the Accused Instrumentalities store at least a portion of the one or more compressed data blocks in buffers, hard disk, or other forms of memory/storage.

25.     On information and belief, Hulu also directly infringes and continues to infringe other claims of the '535 patent, for similar reasons as explained above with respect to Claim 15 of the '535 patent.

26.     On information and belief, all of the Accused Instrumentalities perform the claimed methods in substantially the same way, e.g., in the manner specified in the H.264 standard.

27.     On information and belief, use of the Accused Instrumentalities in their ordinary and customary fashion results in infringement of the methods claimed by the '535 patent.

28.     On information and belief, Hulu has had knowledge of the '535 patent since at least the filing of this Complaint or shortly thereafter, and on information and belief, Hulu knew of the '535 patent and knew of its infringement, including by way of this lawsuit.  By the time of trial, Hulu will have known and intended (since receiving such notice) that its continued actions would actively induce and contribute to the infringement of the claims of the '535 patent.

29.     Upon information and belief, Hulu's affirmative acts of making, using, and selling the Accused Instrumentalities, and providing implementation services and technical support to users of the Accused Instrumentalities, including, e.g., through training, demonstrations, brochures,

1  installation and user guides, have induced and continue to induce users of the Accused

2  Instrumentalities to use them in their normal and customary way to infringe the '535 patent by

3  practicing a method, comprising: determining a parameter of at least a portion of a data block;

4  selecting one or more asymmetric compressors from among a plurality of compressors based upon

5  the determined parameter or attribute; compressing the at least the portion of the data block with the

6  selected one or more asymmetric compressors to provide one or more compressed data blocks; and

7  storing at least a portion of the one or more compressed data blocks. For example, Hulu adopted

8  H.264 as its video codec in its streaming products/services, such as, e.g., Hulu's streaming service,

9  Hulu's video compression media encoders, and Hulu's ad products for brands. For similar reasons,

10  Hulu also induces its customers to use the Accused Instrumentalities to infringe other claims of

11  the '535 patent. Hulu specifically intended and was aware that these normal and customary

12  activities would infringe the '535 patent. Hulu performed the acts that constitute induced

13  infringement, and would induce actual infringement, with the knowledge of the '535 patent and with

14  the knowledge, or willful blindness to the probability, that the induced acts would constitute

15  infringement. On information and belief, Hulu engaged in such inducement to promote the sales of

16  the Accused Instrumentalities. Accordingly, Hulu has induced and continues to induce users of the

17  Accused Instrumentalities to use the Accused Instrumentalities in their ordinary and customary way

18  to infringe the '535 patent, knowing that such use constitutes infringement of the '535 patent.

19  Accordingly, Hulu has been, and currently is, inducing infringement of the '535 patent, in violation

20  of 35 U.S.C. § 271(b).

21      30. Hulu has also infringed, and continues to infringe, claims of the '535 patent by

22  offering to commercially distribute, commercially distributing, making, and/or importing the

23  Accused Instrumentalities, which are used in practicing the process, or using the systems, of the '535

24  patent, and constitute a material part of the invention. Hulu knows the components in the Accused

25  Instrumentalities to be especially made or especially adapted for use in infringement of the '535

26  patent, not a staple article, and not a commodity of commerce suitable for substantial noninfringing

27  use. Accordingly, Hulu has been, and currently is, contributorily infringing the '535 patent, in

28  violation of 35 U.S.C. § 271(c).

31.     By making, using, offering for sale, selling and/or importing into the United States the Accused Instrumentalities, and touting the benefits of using the Accused Instrumentalities' compression features, Hulu has injured Realtime and is liable to Realtime for infringement of the '535 patent pursuant to 35 U.S.C. § 271.

32.     As a result of Hulu's infringement of the '535 patent, Plaintiff Realtime is entitled to monetary damages in an amount adequate to compensate for Hulu's infringement, but in no event less than a reasonable royalty for the use made of the invention by Hulu, together with interest and costs as fixed by the Court.

## COUNT II

## INFRINGEMENT OF U.S. PATENT NO. 9,769,477

33.     Plaintiff re-alleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

34.     On information and belief, Hulu has made, used, offered for sale, sold and/or imported into the United States Hulu products that infringe the '477 patent, and continues to do so. By way of illustrative example, these infringing products include, without limitation, Hulu's streaming products/services, such as, e.g., Hulu's streaming service, Hulu's video compression media encoders, Hulu's ad products for brands including Hulu's Ad Selector, Hulu's Blockbuster, Hulu's Branded Entertainment Selector, Hulu's Custom Integrated Commercial, Hulu's Interactive Interstitial, Hulu's Interactive Interstitial Template (DR), Hulu's Masthead Brand Placement, Hulu's Page Brand Placement, Hulu's Premium Slate, Hulu's Slate, Hulu's T-Commerce, Hulu's Video Commercial, and all versions and variations thereof since the issuance of the '477 patent ("Accused Instrumentalities").

35.     For example, the Accused Instrumentalities utilize the H.264 video compression standard, as can be seen by the below screenshot of Hulu's Video Commercial ad product for brands (https://www.hulu.com/advertising/ad-product/video-commercial/):

36.     The Accused Instrumentalities also accept the usage of the H.264 video compression standard. For example, on the page for Hulu's Custom Integrated Commercial ad product (https://www.hulu.com/advertising/ad-product/custom-integrated-commercial/), under header "Specs" and sub-header "Codec" is listed the text "H.264 codec is accepted.":



37. Similarly, on the page for Hulu's Interactive Interstitial ad product (https://www.hulu.com/advertising/ad-product/interactive-interstitial/) under header "Specs" and sub-header "Video" is listed the text "H.264 codec is accepted, but bitrate must be at least 50 Mbps." Likewise, on the page for Hulu's Interactive Interstitial Template (DR) (https://www.hulu.com/advertising/ad-product/interactive-interstitial-template-dr/) , the same text "H.264 codec is accepted, but bitrate must be at least 50 Mbps" is listed under header "Specs" and

sub-header "Video." In addition, on the page for Hulu's Premium Slate ad product (https://www.hulu.com/advertising/ad-product/premium-slate/) the text "(H.264 codec is accepted, but bitrate must be at least 50 Mbps)" is listed under header "Specs" and sub-header "Codec." Representative screenshots are shown below:

38.     The Accused Instrumentalities also use H.264 video compression to select and compress based on parameters such as bitrate, as explained by the website "How Stuff Works" (http://computer.howstuffworks.com/internet/basics/hulu4.htm):

> "Hulu.com uses Cascading Style Sheets (CSS) and JavaScript to lay out its web pages, and it powers the video and controls through the Flash player and browser on your computer. When you request a video, Hulu sends it to you as a Flash format streaming video file (FLV) along with the video player and the sponsors' advertisements.
>
> Hulu encodes the video file for one of two types of video encoding devices (known as codecs) that translates streaming data into the moving images on your screen and the sound in your speakers. Hulu sends the file to you at one of **five speeds, or bitrates, measured as the amount of data sent per second**. When you play a video, the codec Hulu uses depends on the bitrate at which it's sending the video to you.
>
> The site uses the On2 Flash VP6 codec for video streams that run at bitrates of 480 kilobits per second (Kbps) and 700 Kbps. This codec is supported by Flash versions 8.0 and higher, which is installed in more than 98 percent of

computers in the U.S. Hulu's higher bitrate streams of 1,000 Kbps and 2,500 Kbps use a codec that requires a bit more from your Internet connection. This more intensive codec **follows the H.264 video coding standard**, which requires Flash 9.0.124.0 or higher [source: Hulu].

How does all of this come together? While you're viewing most videos on Hulu, **you control the bitrate** when you switch between two progressive scan rates: 360p (standard resolution) or 480p (high resolution).

39. The Accused Instrumentalities determine a parameter of at least a portion of a video data block. As shown below, examples of such parameters include bitrate (or max video bitrate) and resolution parameters. Different parameters correspond with different end applications. H.264 provides for multiple different ranges of such parameters, each included in the "profiles" and "levels" as defined by the H.264 standard, from the below shown paragraphs from a white paper and Wikipedia. *See* http://www.axis.com/files/whitepaper/wp_h264_31669_en_0803_lo.pdf at 5:

**4. H.264 profiles and levels**

The joint group involved in defining H.264 focused on creating a simple and clean solution, limiting options and features to a minimum. An important aspect of the standard, as with other video standards, is providing the capabilities in profiles (sets of algorithmic features) and levels (performance classes) that optimally support popular productions and common formats.

H.264 has seven profiles, each targeting a specific class of applications. Each profile defines what feature set the encoder may use and limits the decoder implementation complexity.

Network cameras and video encoders will most likely use a profile called the baseline profile, which is intended primarily for applications with limited computing resources. The baseline profile is the most suitable given the available performance in a real-time encoder that is embedded in a network video product. The profile also enables low latency, which is an important requirement of surveillance video and also particularly important in enabling real-time, pan/tilt/zoom (PTZ) control in PTZ network cameras.

H.264 has 11 levels or degree of capability to limit performance, bandwidth and memory requirements. Each level defines the bit rate and the encoding rate in macroblock per second for resolutions ranging from QCIF to HDTV and beyond. The higher the resolution, the higher the level required.

*See* https://en.wikipedia.org/wiki/H.264/MPEG-4_AVC:

Levels with maximum property values

| Level | Max decoding speed | | Max frame size | | Max video bit rate for video coding layer (VCL) kbit/s | | | Examples for high resolution @ highest frame rate (max stored frames) |
|---|---|---|---|---|---|---|---|---|
| | Luma samples/s | Macroblocks/s | Luma samples | Macroblocks | Baseline, Extended and Main Profiles | High Profile | High 10 Profile | Toggle additional details |
| 1 | 380,160 | 1,485 | 25,344 | 99 | 64 | 80 | 192 | 176×144@15.0 (4) |
| 1b | 380,160 | 1,485 | 25,344 | 99 | 128 | 160 | 384 | 176×144@15.0 (4) |
| 1.1 | 768,000 | 3,000 | 101,376 | 396 | 192 | 240 | 576 | 352×288@7.5 (2) |
| 1.2 | 1,536,000 | 6,000 | 101,376 | 396 | 384 | 480 | 1,152 | 352×288@15.2 (6) |
| 1.3 | 3,041,280 | 11,880 | 101,376 | 396 | 768 | 960 | 2,304 | 352×288@30.0 (6) |
| 2 | 3,041,280 | 11,880 | 101,376 | 396 | 2,000 | 2,500 | 6,000 | 352×288@30.0 (6) |
| 2.1 | 5,068,800 | 19,800 | 202,752 | 792 | 4,000 | 5,000 | 12,000 | 352×576@25.0 (6) |
| 2.2 | 5,184,000 | 20,250 | 414,720 | 1,620 | 4,000 | 5,000 | 12,000 | 720×576@12.5 (5) |
| 3 | 10,368,000 | 40,500 | 414,720 | 1,620 | 10,000 | 12,500 | 30,000 | 720×576@25.0 (5) |
| 3.1 | 27,648,000 | 108,000 | 921,600 | 3,600 | 14,000 | 17,500 | 42,000 | 1,280×720@30.0 (5) |
| 3.2 | 55,296,000 | 216,000 | 1,310,720 | 5,120 | 20,000 | 25,000 | 60,000 | 1,280×1,024@42.2 (4) |
| 4 | 62,914,560 | 245,760 | 2,097,152 | 8,192 | 20,000 | 25,000 | 60,000 | 2,048×1,024@30.0 (4) |
| 4.1 | 62,914,560 | 245,760 | 2,097,152 | 8,192 | 50,000 | 62,500 | 150,000 | 2,048×1,024@30.0 (4) |
| 4.2 | 133,693,440 | 522,240 | 2,228,224 | 8,704 | 50,000 | 62,500 | 150,000 | 2,048×1,080@60.0 (4) |
| 5 | 150,994,944 | 589,824 | 5,652,480 | 22,080 | 135,000 | 168,750 | 405,000 | 3,672×1,536@26.7 (5) |
| 5.1 | 251,658,240 | 983,040 | 9,437,184 | 36,864 | 240,000 | 300,000 | 720,000 | 4,096×2,304@26.7 (5) |
| 5.2 | 530,841,600 | 2,073,600 | 9,437,184 | 36,864 | 240,000 | 300,000 | 720,000 | 4,096×2,304@56.3 (5) |

40.     A video data block is organized by the group of pictures (GOP) structure, which is a "collection of successive pictures within a coded video stream." *See* Wikipedia Article on Group of Pictures, https://en.wikipedia.org/wiki/Group_of_pictures. A GOP structure can contain intra coded pictures (I picture or I frame), predictive coded pictures (P picture or P frame), bipredictive coded pictures (B picture or B frame) and direct coded pictures (D picture or D frames, or DC direct coded pictures which are used only in MPEG-1 video). *See* Wikipedia Articles on Video Compression Types and MPEG-1, https://en.wikipedia.org/wiki/Video_compression_picture_types (for descriptions of I frames, P frames and B frames); https://en.wikipedia.org/wiki/MPEG-1#D-frames (for descriptions of D frames). Thus, at least a portion of a video data block would also make up a GOP structure and could also contain I frames, P frames, B frames and/or D frames. The GOP structure also reflects the size of a video data block, and the GOP structure can be controlled and used to fine-tune other parameters (e.g. bitrate, max video bitrate and resolution parameters) or even be considered as a parameter by itself.

41.     Based on the bitrate and/or resolution parameter identified (e.g. bitrate, max video bitrate, resolution, GOP structure or frame type within a GOP structure), any H.264-compliant

1   system such as the Accused Instrumentalities would determine which profile (e.g., "baseline,"

2   "extended," "main", or "high") corresponds with that parameter, then select between at least two

3   asymmetric compressors.  If baseline or extended is the corresponding profile, then the system will

4   select a Context-Adaptive Variable Length Coding ("CAVLC") entropy encoder.  If main or high is

5   the corresponding profile, then the system will select a Context-Adaptive Binary Arithmetic Coding

6   ("CABAC") entropy encoder.  Both encoders are asymmetric compressors because it takes a longer

7   period of time for them to compress data than to decompress data. *See*

8   https://sonnati.wordpress.com/2007/10/29/how-h-264-works-part-ii/:

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | Baseline | Extended | Main | High | High 10 |
|---|---|---|---|---|---|
| **I and P Slices** | Yes | Yes | Yes | Yes | Yes |
| **B Slices** | No | Yes | Yes | Yes | Yes |
| **SI and SP Slices** | No | Yes | No | No | No |
| **Multiple Reference Frames** | Yes | Yes | Yes | Yes | Yes |
| **In-Loop Deblocking Filter** | Yes | Yes | Yes | Yes | Yes |
| **CAVLC Entropy Coding** | Yes | Yes | Yes | Yes | Yes |
| **CABAC Entropy Coding** | No | No | Yes | Yes | Yes |
| **Flexible Macroblock Ordering (FMO)** | Yes | Yes | No | No | No |
| **Arbitrary Slice Ordering (ASO)** | Yes | Yes | No | No | No |
| **Redundant Slices (RS)** | Yes | Yes | No | No | No |
| **Data Partitioning** | No | Yes | No | No | No |
| **Interlaced Coding (PicAFF, MBAFF)** | No | Yes | Yes | Yes | Yes |
| **4:2:0 Chroma Format** | Yes | Yes | Yes | Yes | Yes |
| **Monochrome Video Format (4:0:0)** | No | No | No | Yes | Yes |
| **4:2:2 Chroma Format** | No | No | No | No | No |
| **4:4:4 Chroma Format** | No | No | No | No | No |
| **8 Bit Sample Depth** | Yes | Yes | Yes | Yes | Yes |
| **9 and 10 Bit Sample Depth** | No | No | No | No | Yes |
| **11 to 14 Bit Sample Depth** | No | No | No | No | No |
| **8×8 vs. 4×4 Transform Adaptivity** | No | No | No | Yes | Yes |
| **Quantization Scaling Matrices** | No | No | No | Yes | Yes |
| **Separate Cb and Cr QP control** | No | No | No | Yes | Yes |
| **Separate Color Plane Coding** | No | No | No | No | No |
| **Predictive Lossless Coding** | No | No | No | No | No |

*See* http://web.cs.ucla.edu/classes/fall03/cs218/paper/H.264_MPEG4_Tutorial.pdf at 7:

The following table summarizes the two major types of entropy coding: Variable Length Coding (VLC) and Context Adaptive Binary Arithmetic Coding (CABAC). CABAC offers superior coding efficiency over VLC by adapting to the changing probability distribution of symbols, by exploiting correlation between symbols, and by adaptively exploiting bit correlations using arithmetic coding. H.264 also supports Context Adaptive Variable Length Coding (CAVLC) which offers superior entropy coding over VLC without the full cost of CABAC.

**H.264 Entropy Coding – Comparison of Approaches**

| Characteristics | Variable Length Coding (VLC) | Context Adaptive Binary Arithmetic Coding(CABAC) |
|---|---|---|
| • Where it is used | MPEG-2, MPEG-4 ASP | H.264/MPEG-4 AVC (high efficiency option) |
| • Probability distribution | **Static** - Probabilities never change | **Adaptive** - Adjusts probabilities based on actual data |
| • Leverages correlation between symbols | **No** - Conditional probabilities ignored | **Yes** - Exploits symbol correlations   by using "contexts" |
| • Non-integer code words | **No** - Low coding efficiency forhigh probability symbols | **Yes** - Exploits "arithmetic coding" which generates non-integer code words for higher efficiency |

Moreover, the H.264 Standard requires a bit-flag descriptor, which is set to determine the correct decoder for the corresponding encoder. As shown below, if the flag = 0, then CAVLC must have been selected as the encoder; if the flag = 1, then CABAC must have been selected as the encoder. *See* https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201304-S!!PDF-E&type=items (Rec. ITU-T H.264 (04/2013)) at 80:

entropy_coding_mode_flag selects the entropy decoding method to be applied for the syntax elements for which two descriptors appear in the syntax tables as follows:

– If entropy_coding_mode_flag is equal to 0, the method specified by the left descriptor in the syntax table is applied (Exp-Golomb coded, see clause 9.1 or CAVLC, see clause 9.2).

– Otherwise (entropy_coding_mode_flag is equal to 1), the method specified by the right descriptor in the syntax table is applied (CABAC, see clause 9.3).

42.    The Accused Instrumentalities compress the at least the portion of the data block with the selected one or more asymmetric compressors to provide one or more compressed data blocks, which can be organized in a GOP structure (see above). After its selection, the asymmetric compressor (CAVLC or CABAC) will compress the video data to provide various compressed data blocks, which can also be organized in a GOP structure, as discussed previously above. *See* https://sonnati.wordpress.com/2007/10/29/how-h-264-works-part-ii/:

## Entropy Coding

For entropy coding, H.264 may use an enhanced VLC, a more complex context-adaptive variable-length coding (CAVLC)  or an ever more complex Context-adaptive binary-arithmetic coding (CABAC) which are complex techniques to losslessly compress syntax elements in the video stream knowing the probabilities of syntax elements in a given context. The use of CABAC can improve the compression of around 5-7%. CABAC may requires a 30-40% of total processing power to be accomplished.

*See* http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.602.1581&rep=rep1&type=pdf at 13:

> Typical compression ratios to maintain excellent quality are:
> - 10:1 for general images using JPEG
> - 30:1 for general video using H.263 and MPEG-2
> - 60:1 for general video using H.264 and WMV9

*See* http://www.ijera.com/papers/Vol3_issue4/BM34399403.pdf at 2:

> Most visual communication systems today use Baseline Profile. Baseline is the simplest H.264 profile and defines, for example, zigzag scanning of the picture and using 4:2:0 (YUV video formats) chrominance sampling. In Baseline Profile, the picture is split in blocks consisting of 4x4 pixels, and each block is processed separately. Another important element of the Baseline Profile is the use of Universal Variable Length Coding (UVLC) and Context Adaptive Variable Length Coding (CAVLC) entropy coding techniques.
>
> The Extended and Main Profiles includes the functionality of the Baseline Profile and add improvements to the predictions algorithms. Since transmitting every single frame (think 30 frames per second for good quality video) is not feasible if you are trying to reduce the bit rate 1000-2000 times, temporal and motion prediction are heavily used in H.264, and allow transmitting only the difference between one frame and the previous frames. The result is spectacular efficiency gain, especially for scenes with little change and motion.
>
> The High Profile is the most powerful profile in H.264, and it allows most efficient coding of video. For example, large coding gain achieved through the use of Context Adaptive Binary Arithmetic Coding (CABAC) encoding which is more efficient than the UVLC/CAVLC used in Baseline Profile.
>
> The High Profile also uses adaptive transform that decides on the fly if 4x4 or 8x8-pixel blocks should be used. For example, 4x4 blocks are used for the parts of the picture that are dense with detail, while parts that have little detail are transformed using 8x8 blocks.

43.     Therefore, on information and belief, Hulu has directly infringed and continues to infringe the '477 patent, for example, through its sale, offer for sale, importation, use and testing of the Accused Instrumentalities that practice Claim 1 of the '477 patent, namely, a system, comprising: a plurality of different asymmetric data compression encoders, wherein each asymmetric data compression encoder of the plurality of different asymmetric data compression encoders is configured to utilize one or more data compression algorithms, and wherein a first asymmetric data compression encoder of the plurality of different asymmetric data compression encoders is configured to compress data blocks containing video or image data at a higher data compression rate than a second asymmetric data compression encoder of the plurality of different asymmetric data compression encoders; and one or more processors configured to: determine one or more data parameters, at least one of the determined one or more data parameters relating to a throughput of a communications channel measured in bits per second; and select one or more asymmetric data compression encoders from among the plurality of different asymmetric data compression encoders based upon, at least in part, the determined one or more data parameters.

44.     On information and belief, the Accused Instrumentalities store at least a portion of the one or more compressed data blocks in buffers, hard disk, or other forms of memory/storage.

45.     On information and belief, Hulu also directly infringes and continues to infringe other claims of the '477 patent, for similar reasons as explained above with respect to Claim 1 of the '477 patent.

46.     On information and belief, all of the Accused Instrumentalities perform the claimed methods in substantially the same way, e.g., in the manner specified in the H.264 standard.

47.     On information and belief, use of the Accused Instrumentalities in their ordinary and customary fashion results in infringement of the methods claimed by the '477 patent.

48.     On information and belief, Hulu has had knowledge of the '477 patent since at least the filing of this Complaint or shortly thereafter, and on information and belief, Hulu knew of the '477 patent and knew of its infringement, including by way of this lawsuit.  By the time of trial, Hulu will have known and intended (since receiving such notice) that its continued actions would actively induce and contribute to the infringement of the claims of the '477 patent.

49.     Upon information and belief, Hulu's affirmative acts of making, using, and selling the Accused Instrumentalities, and providing implementation services and technical support to users of the Accused Instrumentalities, including, e.g., through training, demonstrations, brochures, installation and user guides, have induced and continue to induce users of the Accused Instrumentalities to use them in their normal and customary way to infringe the '477 patent by practicing a system, comprising: a plurality of different asymmetric data compression encoders, wherein each asymmetric data compression encoder of the plurality of different asymmetric data compression encoders is configured to utilize one or more data compression algorithms, and wherein a first asymmetric data compression encoder of the plurality of different asymmetric data compression encoders is configured to compress data blocks containing video or image data at a higher data compression rate than a second asymmetric data compression encoder of the plurality of different asymmetric data compression encoders; and one or more processors configured to: determine one or more data parameters, at least one of the determined one or more data parameters relating to a throughput of a communications channel measured in bits per second; and select one or more asymmetric data compression encoders from among the plurality of different asymmetric data compression encoders based upon, at least in part, the determined one or more data parameters.  For example, Hulu adopted H.264 as its video codec in its streaming products/services, such as, e.g., Hulu's streaming service, Hulu's video compression media encoders, and Hulu's ad products for brands.  For similar reasons, Hulu also induces its customers to use the Accused Instrumentalities to infringe other claims of the '477 patent.  Hulu specifically intended and was aware that these normal and customary activities would infringe the '477 patent.  Hulu performed the acts that constitute induced infringement, and would induce actual infringement, with the knowledge of the '477 patent and with the knowledge, or willful blindness to the probability, that the induced acts would constitute infringement.  On information and belief, Hulu engaged in such inducement to promote the sales of the Accused Instrumentalities.  Accordingly, Hulu has induced and continues to induce users of the Accused Instrumentalities to use the Accused Instrumentalities in their ordinary and customary way to infringe the '477 patent, knowing that such use constitutes infringement of the '477 patent. Accordingly, Hulu has been, and currently is, inducing infringement of the '477 patent,

1   in violation of 35 U.S.C. § 271(b).

2        50.    Hulu has also infringed, and continues to infringe, claims of the '477 patent by

3   offering to commercially distribute, commercially distributing, making, and/or importing the

4   Accused Instrumentalities, which are used in practicing the process, or using the systems, of the '477

5   patent, and constitute a material part of the invention.  Hulu knows the components in the Accused

6   Instrumentalities to be especially made or especially adapted for use in infringement of the '477

7   patent, not a staple article, and not a commodity of commerce suitable for substantial noninfringing

8   use.  Accordingly, Hulu has been, and currently is, contributorily infringing the '477 patent, in

9   violation of 35 U.S.C. § 271(c).

10        51.    By making, using, offering for sale, selling and/or importing into the United States

11   the Accused Instrumentalities, and touting the benefits of using the Accused Instrumentalities'

12   compression features, Hulu has injured Realtime and is liable to Realtime for infringement of the

13   '477 patent pursuant to 35 U.S.C. § 271.

14        52.    As a result of Hulu's infringement of the '477 patent, Plaintiff Realtime is entitled to

15   monetary damages in an amount adequate to compensate for Hulu's infringement, but in no event

16   less than a reasonable royalty for the use made of the invention by Hulu, together with interest and

17   costs as fixed by the Court.

### COUNT III

### INFRINGEMENT OF U.S. PATENT NO. 9,762,907

20        53.    Plaintiff re-alleges and incorporates by reference the foregoing paragraphs, as if fully

21   set forth herein.

22        54.    On information and belief, Hulu has made, used, offered for sale, sold and/or

23   imported into the United States Hulu products that infringe the '907 patent, and continues to do so.

24   By way of illustrative example, these infringing products include, without limitation, Hulu's

25   streaming products/services, such as, e.g., Hulu's streaming service, Hulu's video compression

26   media encoders, Hulu's ad products for brands including Hulu's Ad Selector, Hulu's Blockbuster,

27   Hulu's Branded Entertainment Selector, Hulu's Custom Integrated Commercial, Hulu's Interactive

28   Interstitial, Hulu's Interactive Interstitial Template (DR), Hulu's Masthead Brand Placement, Hulu's

1   Page Brand Placement, Hulu's Premium Slate, Hulu's Slate, Hulu's T-Commerce, Hulu's Video

2   Commercial, and all versions and variations thereof since the issuance of the '907 patent ("Accused

3   Instrumentalities")

4          55.     For example, the Accused Instrumentalities utilize the H.264 video compression

5   standard, as can be seen by the below screenshot of Hulu's Video Commercial ad product for brands

6   (https://www.hulu.com/advertising/ad-product/video-commercial/):



56.     The Accused Instrumentalities also accept the usage of the H.264 video compression standard. For example, on the page for Hulu's Custom Integrated Commercial ad product (https://www.hulu.com/advertising/ad-product/custom-integrated-commercial/), under header "Specs" and sub-header "Codec" is listed the text "H.264 codec is accepted.":

57.     Similarly, on the page for Hulu's Interactive Interstitial ad product (https://www.hulu.com/advertising/ad-product/interactive-interstitial/) under header "Specs" and sub-header "Video" is listed the text "H.264 codec is accepted, but bitrate must be at least 50 Mbps." Likewise, on the page for Hulu's Interactive Interstitial Template (DR) (https://www.hulu.com/advertising/ad-product/interactive-interstitial-template-dr/) , the same text "H.264 codec is accepted, but bitrate must be at least 50 Mbps" is listed under header "Specs" and sub-header "Video." In addition, on the page for Hulu's Premium Slate ad product (https://www.hulu.com/advertising/ad-product/premium-slate/) the text "(H.264 codec is accepted, but bitrate must be at least 50 Mbps)" is listed under header "Specs" and sub-header "Codec." Representative screenshots are shown below:





## Premium Slate

A Premium Slate is a branded :07 video introduction that appears before the advertiser's video commercial at the beginning of the show. Advertisers can create custom videos or leverage existing video creative. The video execution is accompanied by the standard intro text and "presented by" voice over.

AVAILABLE ON



TIMELINE

10 business days production lead-time from the receipt of the final asset

## Specs

| DELIVERABLES TO HULU | FILE FORMATS | SIZE |
|---|---|---|
| • Required video clip can either be created by Hulu using your :15 or :30 video or the brand can create a custom video clip.<br><br>• 3rd Party Tracking Tags (if applicable) | Video Option:<br><br>• Quicktime Movie (.mov) or MPEG-4 (.mp4) format only<br><br>Static Image Option:<br><br>• Any full screen image in PSD format | SD<br><br>• 720 x 480<br>• 4:3 or 16:9 pixel aspect ratio<br>• No black bars<br>• 3:2 display aspect ratio is not accepted<br>• No letterboxing or pillarboxing<br>• Bitrate: Greater than 2mbps.<br>• Main Profile @ Main Level (MP@ML)<br>• 4:2:2 Color Space<br><br>HD<br><br>• 1280 x 720 or 1920 x 1080 (16:9)<br>• 1440 x 1080 (4:3)<br>• No black bars<br>• Constant Bitrate (CBR) 15-30 Mbps<br>• Main Profile @ Main Level (MP@ML)<br>• 4:2:2 Color Space |
| **MAX FILE SIZE** | **CODEC** | **LENGTH** |
| 10 GB | • Apple ProRes 422 HQ codec preferred<br>• H.264 codec is accepted, but bitrate must be at least 50 Mbps)<br>• Interlaced video is not accepted | :07 seconds exactly |

58.    The Accused Instrumentalities also use H.264 video compression to select and compress based on parameters such as bitrate, as explained by the website "How Stuff Works" (http://computer.howstuffworks.com/internet/basics/hulu4.htm):

> "Hulu.com uses Cascading Style Sheets (CSS) and JavaScript to lay out its web pages, and it powers the video and controls through the Flash player and browser on your computer. When you request a video, Hulu sends it to you as a Flash format streaming video file (FLV) along with the video player and the sponsors' advertisements.
>
> Hulu encodes the video file for one of two types of video encoding devices (known as codecs) that translates streaming data into the moving images on your screen and the sound in your speakers. Hulu sends the file to you at one of **five speeds, or bitrates, measured as the amount of data sent per second**. When you play a video, the codec Hulu uses depends on the bitrate at which it's sending the video to you.

The site uses the On2 Flash VP6 codec for video streams that run at bitrates of 480 kilobits per second (Kbps) and 700 Kbps. This codec is supported by Flash versions 8.0 and higher, which is installed in more than 98 percent of computers in the U.S. Hulu's higher bitrate streams of 1,000 Kbps and 2,500 Kbps use a codec that requires a bit more from your Internet connection. This more intensive codec **follows the H.264 video coding standard**, which requires Flash 9.0.124.0 or higher [source: Hulu].

How does all of this come together? While you're viewing most videos on Hulu, **you control the bitrate** when you switch between two progressive scan rates: 360p (standard resolution) or 480p (high resolution).

59.     The Accused Instrumentalities determine a parameter of at least a portion of a video data block.  As shown below, examples of such parameters include bitrate (or max video bitrate) and resolution parameters.    Different parameters correspond with different end applications.   H.264 provides for multiple different ranges of such parameters, each included in the "profiles" and "levels" as defined by the H.264 standard, from the below shown paragraphs from a white paper and Wikipedia. *See* http://www.axis.com/files/whitepaper/wp_h264_31669_en_0803_lo.pdf at 5:

### 4.  H.264 profiles and levels

The joint group involved in defining H.264 focused on creating a simple and clean solution, limiting options and features to a minimum. An important aspect of the standard, as with other video standards, is providing the capabilities in profiles (sets of algorithmic features) and levels (performance classes) that optimally support popular productions and common formats.

H.264 has seven profiles, each targeting a specific class of applications. Each profile defines what feature set the encoder may use and limits the decoder implementation complexity.

Network cameras and video encoders will most likely use a profile called the baseline profile, which is intended primarily for applications with limited computing resources. The baseline profile is the most suitable given the available performance in a real-time encoder that is embedded in a network video product. The profile also enables low latency, which is an important requirement of surveillance video and also particularly important in enabling real-time, pan/tilt/zoom (PTZ) control in PTZ network cameras.

H.264 has 11 levels or degree of capability to limit performance, bandwidth and memory requirements. Each level defines the bit rate and the encoding rate in macroblock per second for resolutions ranging from QCIF to HDTV and beyond. The higher the resolution, the higher the level required.

*See* https://en.wikipedia.org/wiki/H.264/MPEG-4_AVC:

Levels with maximum property values

| Level | Max decoding speed | | Max frame size | | Max video bit rate for video coding layer (VCL) kbit/s | | | Examples for high resolution @ highest frame rate (max stored frames) |
|---|---|---|---|---|---|---|---|---|
| | Luma samples/s | Macroblocks/s | Luma samples | Macroblocks | Baseline, Extended and Main Profiles | High Profile | High 10 Profile | Toggle additional details |
| 1 | 380,160 | 1,485 | 25,344 | 99 | 64 | 80 | 192 | 176×144@15.0 (4) |
| 1b | 380,160 | 1,485 | 25,344 | 99 | 128 | 160 | 384 | 176×144@15.0 (4) |
| 1.1 | 768,000 | 3,000 | 101,376 | 396 | 192 | 240 | 576 | 352×288@7.5 (2) |
| 1.2 | 1,536,000 | 6,000 | 101,376 | 396 | 384 | 480 | 1,152 | 352×288@15.2 (6) |
| 1.3 | 3,041,280 | 11,880 | 101,376 | 396 | 768 | 960 | 2,304 | 352×288@30.0 (6) |
| 2 | 3,041,280 | 11,880 | 101,376 | 396 | 2,000 | 2,500 | 6,000 | 352×288@30.0 (6) |
| 2.1 | 5,068,800 | 19,800 | 202,752 | 792 | 4,000 | 5,000 | 12,000 | 352×576@25.0 (6) |
| 2.2 | 5,184,000 | 20,250 | 414,720 | 1,620 | 4,000 | 5,000 | 12,000 | 720×576@12.5 (5) |
| 3 | 10,368,000 | 40,500 | 414,720 | 1,620 | 10,000 | 12,500 | 30,000 | 720×576@25.0 (5) |
| 3.1 | 27,648,000 | 108,000 | 921,600 | 3,600 | 14,000 | 17,500 | 42,000 | 1,280×720@30.0 (5) |
| 3.2 | 55,296,000 | 216,000 | 1,310,720 | 5,120 | 20,000 | 25,000 | 60,000 | 1,280×1,024@42.2 (4) |
| 4 | 62,914,560 | 245,760 | 2,097,152 | 8,192 | 20,000 | 25,000 | 60,000 | 2,048×1,024@30.0 (4) |
| 4.1 | 62,914,560 | 245,760 | 2,097,152 | 8,192 | 50,000 | 62,500 | 150,000 | 2,048×1,024@30.0 (4) |
| 4.2 | 133,693,440 | 522,240 | 2,228,224 | 8,704 | 50,000 | 62,500 | 150,000 | 2,048×1,080@60.0 (4) |
| 5 | 150,994,944 | 589,824 | 5,652,480 | 22,080 | 135,000 | 168,750 | 405,000 | 3,672×1,536@26.7 (5) |
| 5.1 | 251,658,240 | 983,040 | 9,437,184 | 36,864 | 240,000 | 300,000 | 720,000 | 4,096×2,304@26.7 (5) |
| 5.2 | 530,841,600 | 2,073,600 | 9,437,184 | 36,864 | 240,000 | 300,000 | 720,000 | 4,096×2,304@56.3 (5) |

60.   A video data block is organized by the group of pictures (GOP) structure, which is a "collection of successive pictures within a coded video stream." *See* Wikipedia Article on Group of Pictures, https://en.wikipedia.org/wiki/Group_of_pictures. A GOP structure can contain intra coded pictures (I picture or I frame), predictive coded pictures (P picture or P frame), bipredictive coded pictures (B picture or B frame) and direct coded pictures (D picture or D frames, or DC direct coded pictures which are used only in MPEG-1 video). *See* Wikipedia Articles on Video Compression Types and MPEG-1, https://en.wikipedia.org/wiki/Video_compression_picture_types (for descriptions of I frames, P frames and B frames); https://en.wikipedia.org/wiki/MPEG-1#D-frames (for descriptions of D frames). Thus, at least a portion of a video data block would also make up a GOP structure and could also contain I frames, P frames, B frames and/or D frames. The GOP structure also reflects the size of a video data block, and the GOP structure can be controlled and used to fine-tune other parameters (e.g. bitrate, max video bitrate and resolution parameters) or even be considered as a parameter by itself.

61.   Based on the bitrate and/or resolution parameter identified (e.g. bitrate, max video

bitrate, resolution, GOP structure or frame type within a GOP structure), any H.264-compliant system such as the Accused Instrumentalities would determine which profile (e.g., "baseline," "extended," "main", or "high") corresponds with that parameter, then select between at least two asymmetric compressors.  If baseline or extended is the corresponding profile, then the system will select a Context-Adaptive Variable Length Coding ("CAVLC") entropy encoder.  If main or high is the corresponding profile, then the system will select a Context-Adaptive Binary Arithmetic Coding ("CABAC") entropy encoder.  Both encoders are asymmetric compressors because it takes a longer period of time for them to compress data than to decompress data. *See* https://sonnati.wordpress.com/2007/10/29/how-h-264-works-part-ii/:

|  | Baseline | Extended | Main | High | High 10 |
|---|---|---|---|---|---|
| **I and P Slices** | Yes | Yes | Yes | Yes | Yes |
| **B Slices** | No | Yes | Yes | Yes | Yes |
| **SI and SP Slices** | No | Yes | No | No | No |
| **Multiple Reference Frames** | Yes | Yes | Yes | Yes | Yes |
| **In-Loop Deblocking Filter** | Yes | Yes | Yes | Yes | Yes |
| **CAVLC Entropy Coding** | Yes | Yes | Yes | Yes | Yes |
| **CABAC Entropy Coding** | No | No | Yes | Yes | Yes |
| **Flexible Macroblock Ordering (FMO)** | Yes | Yes | No | No | No |
| **Arbitrary Slice Ordering (ASO)** | Yes | Yes | No | No | No |
| **Redundant Slices (RS)** | Yes | Yes | No | No | No |
| **Data Partitioning** | No | Yes | No | No | No |
| **Interlaced Coding (PicAFF, MBAFF)** | No | Yes | Yes | Yes | Yes |
| **4:2:0 Chroma Format** | Yes | Yes | Yes | Yes | Yes |
| **Monochrome Video Format (4:0:0)** | No | No | No | Yes | Yes |
| **4:2:2 Chroma Format** | No | No | No | No | No |
| **4:4:4 Chroma Format** | No | No | No | No | No |
| **8 Bit Sample Depth** | Yes | Yes | Yes | Yes | Yes |
| **9 and 10 Bit Sample Depth** | No | No | No | No | Yes |
| **11 to 14 Bit Sample Depth** | No | No | No | No | No |
| **8×8 vs. 4×4 Transform Adaptivity** | No | No | No | Yes | Yes |
| **Quantization Scaling Matrices** | No | No | No | Yes | Yes |
| **Separate Cb and Cr QP control** | No | No | No | Yes | Yes |
| **Separate Color Plane Coding** | No | No | No | No | No |
| **Predictive Lossless Coding** | No | No | No | No | No |

*See* http://web.cs.ucla.edu/classes/fall03/cs218/paper/H.264_MPEG4_Tutorial.pdf at 7:

The following table summarizes the two major types of entropy coding: Variable Length Coding (VLC) and Context Adaptive Binary Arithmetic Coding (CABAC). CABAC offers superior coding efficiency over VLC by adapting to the changing probability distribution of symbols, by exploiting correlation between symbols, and by adaptively exploiting bit correlations using arithmetic coding. H.264 also supports Context Adaptive Variable Length Coding (CAVLC) which offers superior entropy coding over VLC without the full cost of CABAC.

**H.264 Entropy Coding – Comparison of Approaches**

| Characteristics | Variable Length Coding (VLC) | Context Adaptive Binary Arithmetic Coding(CABAC) |
|---|---|---|
| • Where it is used | MPEG-2, MPEG-4 ASP | H.264/MPEG-4 AVC (high efficiency option) |
| • Probability distribution | **Static** - Probabilities never change | **Adaptive** - Adjusts probabilities based on actual data |
| • Leverages correlation between symbols | **No** - Conditional probabilities ignored | **Yes** - Exploits symbol correlations    by using "contexts" |
| • Non-integer code words | **No** - Low coding efficiency for high probability symbols | **Yes** - Exploits "arithmetic coding" which generates non-integer code words for higher efficiency |

Moreover, the H.264 Standard requires a bit-flag descriptor, which is set to determine the correct decoder for the corresponding encoder.  As shown below, if the flag = 0, then CAVLC must have been selected as the encoder; if the flag = 1, then CABAC must have been selected as the encoder.  *See* https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201304-S!!PDF-E&type=items (Rec. ITU-T H.264 (04/2013)) at 80:

entropy_coding_mode_flag selects the entropy decoding method to be applied for the syntax elements for which two descriptors appear in the syntax tables as follows:

–   If entropy_coding_mode_flag is equal to 0, the method specified by the left descriptor in the syntax table is applied (Exp-Golomb coded, see clause 9.1 or CAVLC, see clause 9.2).

–   Otherwise (entropy_coding_mode_flag is equal to 1), the method specified by the right descriptor in the syntax table is applied (CABAC, see clause 9.3).

62.    The Accused Instrumentalities compress the at least the portion of the data block with the selected one or more asymmetric compressors to provide one or more compressed data blocks, which can be organized in a GOP structure (see above).  After its selection, the asymmetric compressor (CAVLC or CABAC) will compress the video data to provide various compressed data blocks, which can also be organized in a GOP structure, as discussed previously above.  *See* https://sonnati.wordpress.com/2007/10/29/how-h-264-works-part-ii/:

## Entropy Coding

For entropy coding, H.264 may use an enhanced VLC, a more complex context-adaptive variable-length coding (CAVLC)  or an ever more complex Context-adaptive binary-arithmetic coding (CABAC) which are complex techniques to losslessly compress syntax elements in the video stream knowing the probabilities of syntax elements in a given context. The use of CABAC can improve the compression of around 5-7%. CABAC may requires a 30-40% of total processing power to be accomplished.

*See* http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.602.1581&rep=rep1&type=pdf at 13:

> Typical compression ratios to maintain excellent quality are:
> - 10:1 for general images using JPEG
> - 30:1 for general video using H.263 and MPEG-2
> - 60:1 for general video using H.264 and WMV9

*See* http://www.ijera.com/papers/Vol3_issue4/BM34399403.pdf at 2:

> Most visual communication systems today use Baseline Profile. Baseline is the simplest H.264 profile and defines, for example, zigzag scanning of the picture and using 4:2:0 (YUV video formats) chrominance sampling. In Baseline Profile, the picture is split in blocks consisting of 4x4 pixels, and each block is processed separately. Another important element of the Baseline Profile is the use of Universal Variable Length Coding (UVLC) and Context Adaptive Variable Length Coding (CAVLC) entropy coding techniques.
>
> The Extended and Main Profiles includes the functionality of the Baseline Profile and add improvements to the predictions algorithms. Since transmitting every single frame (think 30 frames per second for good quality video) is not feasible if you are trying to reduce the bit rate 1000-2000 times, temporal and motion prediction are heavily used in H.264, and allow transmitting only the difference between one frame and the previous frames. The result is spectacular efficiency gain, especially for scenes with little change and motion.
>
> The High Profile is the most powerful profile in H.264, and it allows most efficient coding of video. For example, large coding gain achieved through the use of Context Adaptive Binary Arithmetic Coding (CABAC) encoding which is more efficient than the UVLC/CAVLC used in Baseline Profile.
>
> The High Profile also uses adaptive transform that decides on the fly if 4x4 or 8x8-pixel blocks should be used. For example, 4x4 blocks are used for the parts of the picture that are dense with detail, while parts that have little detail are transformed using 8x8 blocks.

63. Therefore, on information and belief, Hulu has directly infringed and continues to infringe the '907 patent, for example, through its sale, offer for sale, importation, use and testing of the Accused Instrumentalities, which practices the system claimed by Claim 1 of the '907 patent, namely, a system comprising: one or more different asymmetric data compression algorithms, wherein each algorithm of the one or more different asymmetric data compression algorithms utilizes one or more asymmetric data compression routines of a plurality of different asymmetric data compression routines, wherein a first asymmetric data compression routine of the plurality of different asymmetric data compression routines is configured to produce compressed data with a higher data rate for a given data throughput than a second asymmetric data compression routine of the plurality of different asymmetric data compression routines; and a processor configured: to analyze one or more data parameters from one or more data blocks containing video data, wherein at least one data parameter relates to an expected or anticipated throughput of a communications channel; and to select two or more different data compression routines from among a plurality of different data compression routines based upon, at least in part, the one or more data parameters relating to the expected or anticipated throughput of the communications channel.

64. On information and belief, the Accused Instrumentalities store at least a portion of the one or more compressed data blocks in buffers, hard disk, or other forms of memory/storage.

65. On information and belief, Hulu also directly infringes and continues to infringe other claims of the '907 patent, for similar reasons as explained above with respect to Claim 8 of the '907 patent.

66. On information and belief, all of the Accused Instrumentalities perform the claimed methods in substantially the same way, e.g., in the manner specified in the H.264 standard.

67. On information and belief, use of the Accused Instrumentalities in their ordinary and customary fashion results in infringement of the methods claimed by the '907 patent.

68. On information and belief, Hulu has had knowledge of the '907 patent since at least the filing of this Complaint or shortly thereafter, and on information and belief, Hulu knew of the '907 patent and knew of its infringement, including by way of this lawsuit. By the time of trial, Hulu will have known and intended (since receiving such notice) that its continued actions would

1    actively induce and contribute to the infringement of the claims of the '907 patent.

2        69.    Upon information and belief, Hulu's affirmative acts of making, using, and selling the

3    Accused Instrumentalities, and providing implementation services and technical support to users of

4    the Accused Instrumentalities, including, e.g., through training, demonstrations, brochures,

5    installation and user guides, have induced and continue to induce users of the Accused

6    Instrumentalities to use them in their normal and customary way to infringe the '907 patent by

7    practicing a system comprising: one or more different asymmetric data compression algorithms,

8    wherein each algorithm of the one or more different asymmetric data compression algorithms

9    utilizes one or more asymmetric data compression routines of a plurality of different asymmetric

10   data compression routines, wherein a first asymmetric data compression routine of the plurality of

11   different asymmetric data compression routines is configured to produce compressed data with a

12   higher data rate for a given data throughput than a second asymmetric data compression routine of

13   the plurality of different asymmetric data compression routines; and a processor configured: to

14   analyze one or more data parameters from one or more data blocks containing video data, wherein at

15   least one data parameter relates to an expected or anticipated throughput of a communications

16   channel; and to select two or more different data compression routines from among a plurality of

17   different data compression routines based upon, at least in part, the one or more data parameters

18   relating to the expected or anticipated throughput of the communications channel.  For example,

19   Hulu adopted H.264 as its video codec in its streaming products/services, such as, e.g., Hulu's

20   streaming service, Hulu's video compression media encoders, and Hulu's ad products for brands.

21   For similar reasons, Hulu also induces its customers to use the Accused Instrumentalities to infringe

22   other claims of the '907 patent.  Hulu specifically intended and was aware that these normal and

23   customary activities would infringe the '907 patent.  Hulu performed the acts that constitute induced

24   infringement, and would induce actual infringement, with the knowledge of the '907 patent and with

25   the knowledge, or willful blindness to the probability, that the induced acts would constitute

26   infringement.  On information and belief, Hulu engaged in such inducement to promote the sales of

27   the Accused Instrumentalities.  Accordingly, Hulu has induced and continues to induce users of the

28   Accused Instrumentalities to use the Accused Instrumentalities in their ordinary and customary way

1    to infringe the '907 patent, knowing that such use constitutes infringement of the '907 patent.

2    Accordingly, Hulu has been, and currently is, inducing infringement of the '907 patent, in violation

3    of 35 U.S.C. § 271(b).

4         70.    Hulu has also infringed, and continues to infringe, claims of the '907 patent by

5    offering to commercially distribute, commercially distributing, making, and/or importing the

6    Accused Instrumentalities, which are used in practicing the process, or using the systems, of the '907

7    patent, and constitute a material part of the invention.  Hulu knows the components in the Accused

8    Instrumentalities to be especially made or especially adapted for use in infringement of the '907

9    patent, not a staple article, and not a commodity of commerce suitable for substantial noninfringing

10   use.  Accordingly, Hulu has been, and currently is, contributorily infringing the '907 patent, in

11   violation of 35 U.S.C. § 271(c).

12        71.    By making, using, offering for sale, selling and/or importing into the United States

13   the Accused Instrumentalities, and touting the benefits of using the Accused Instrumentalities'

14   compression features, Hulu has injured Realtime and is liable to Realtime for infringement of the

15   '907 patent pursuant to 35 U.S.C. § 271.

16        72.    As a result of Hulu's infringement of the '907 patent, Plaintiff Realtime is entitled to

17   monetary damages in an amount adequate to compensate for Hulu's infringement, but in no event

18   less than a reasonable royalty for the use made of the invention by Hulu, together with interest and

19   costs as fixed by the Court.

20                              **PRAYER FOR RELIEF**

21        WHEREFORE, Plaintiff Realtime respectfully requests that this Court enter:

22        a.    A judgment in favor of Plaintiff that Hulu has infringed, literally and/or under the

23   doctrine of equivalents, the '535, '477, and '907 patents (the "asserted patents" or "patents-in-suit");

24        b.    A judgment and order requiring Hulu to pay Plaintiff its damages, costs, expenses,

25   and prejudgment and post-judgment interest for its infringement of the asserted patents, as provided

26   under 35 U.S.C. § 284;

27        c.    A judgment and order requiring Hulu to provide an accounting and to pay

28   supplemental damages to Realtime, including without limitation, prejudgment and post-judgment

1    interest;

2         d.      A judgment and order finding that this is an exceptional case within the meaning of

3    35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys' fees against Hulu; and

4         e.      Any and all other relief as the Court may deem appropriate and just under the

5    circumstances.

6                                  **<u>DEMAND FOR JURY TRIAL</u>**

7         1.      Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by

8                 jury of any issues so triable by right.

9

10                                        Respectfully Submitted,

11   Dated: October 17, 2017                    /s/ Marc A. Fenster

12                                        RUSS AUGUST & KABAT
                                          Marc A. Fenster, SBN 181067
13                                        Email: mfenster@raklaw.com
                                          Reza Mirzaie (CA SBN 246953)
14                                        Email: rmirzaie@raklaw.com
                                          Brian D. Ledahl (CA SBN 186579)
15                                        Email: bledahl@raklaw.com
                                          C. Jay Chung (CA SBN 252794)
16                                        Email: jchung@raklaw.com
                                          Philip X. Wang (CA SBN 262239)
17                                        Email: pwang@raklaw.com

18                                        *Attorneys for Plaintiff*
                                          *REALTIME ADAPTIVE STREAMING LLC*
19

20

21

22

23

24

25

26

27

28